## THE STATE v. WILLIAM KLUG, Appellant.

### Division Two, December 10, 1907.

APPEAL: No Bill of Exceptions. Where no bill of exceptions was filed the judgment, the information being in proper form and the record proper free from error, will be affirmed.

Appeal from Miller Circuit Court.—*Hon. Jno. W. Moore*, Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T. Gentry,* Assistant Attorney-General, for the State.

Where there is no bill of exceptions and no error appearing in the record proper, the judgment will be affirmed.   State v. Nicholas, 193 Mo. 214; State v. Sparks, 191 Mo. 162; State v. Kearney, 199 Mo. 167.

BURGESS, J.—At the March term, 1906, of the circuit court of Miller county, the defendant, under an information duly filed by the prosecuting attorney of said county, charging him with assault with intent to kill one Marion F. Capps, was convicted of said offense, and his punishment fixed at two years in the penitentiary.  He appeals.

No bill of exceptions was filed in this case.   The information is in proper form, and the record in other respects free from error.   The judgment is, therefore, affirmed.

All concur.